## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1-25-cv-24408-JB

GANSHYAMKUMAR
SHAMBHUBHAI PATEL
(A200240615),

     Petitioner,

v.

CHARLES PARRA, *et al.*,

     Respondents.

_____/

## ORDER GRANTING JOINT MOTION TO TRANSFER
## VENUE TO THE MIDDLE DISTRICT OF FLORIDA

**THIS CAUSE** comes before the Court on the parties' joint motion to transfer venue of this section 2241 habeas proceeding to the Middle District of Florida (the "Motion"). Upon due consideration of the Motion and the relevant portions of the record, it is hereby **ORDERED AND ADJUDGED** that as follows:

1. The Motion is **GRANTED**.

2. The Clerk is **DIRECTED** to **TRANSFER** this case to the Middle District of Florida, and **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 29th day of September, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**